No. D–65. In re Disbarment of Gallant. It is ordered that Samuel Gallant, of Westport, Conn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–66. In re Disbarment of Seffern. It is ordered that John J. Seffern, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–67. In re Disbarment of Meyer. It is ordered that Allen A. Meyer, Jr., of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 71–6625. Holt v. City of Richmond et al., 408 U. S. 931. Motion to dissolve injunction granted by this Court on April 24, 1972 [406 U. S. 903], granted. Mr. Justice Powell took no part in the consideration or decision of this motion.

No. 75–503. Cook et al. v. Hudson et al. C. A. 5th Cir. [Certiorari granted, 424 U. S. 941.] Motion of National Education Assn. to reconsider order [ante, p. 810] denying leave to file brief as amicus curiae granted, and it is now ordered that motion for leave to file be granted and brief filed.

No. 75–651. Teamsters Local Union 657 v. Rodriguez et al.; Teamsters Local Union 657 v. Herrera et al.; and Teamsters Local Union 657 v. Resendis et al.; and

No. 75–715. Southern Conference of Teamsters v. Rodriguez et al.; Southern Conference of Teamsters v. Herrera et al.; and Southern Conference of Teamsters v. Resendis et al. [Certiorari granted, 425 U. S. 990.] Motion of National Railway Labor Conference for leave to file a brief as amicus curiae granted.